

**NUMBER 13-17-00032-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**RACHAEL SARAH RUIZ,**                                                        **Appellant,**

**v.**

**LARRY DELL NORRIS,**                                                          **Appellee.**

---

**On Appellant's Fourth Motion For
Extension of Time to File Motion for Rehearing.**

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Rodriguez[1]
Order Per Curiam**

This cause is before the Court on pro se appellant's fourth motion for extension of

time to file motion for rehearing, filed with this Court on March 1, 2019.  The motion for

---

[1] The Honorable Nelda V. Rodriguez, former Justice of this Court, did not participate in this decision because her term of office expired on December 31, 2018.

rehearing was previously due on February 27, 2019. Appellant asks for a "final extension" of three days. *See* TEX. R. APP. P. 49.8.

In light of appellant's pro se status and the complexity of the record in this case, this Court is of the opinion that, in the interest of justice, appellant's fourth motion of extension of time to file motion for rehearing should be granted. We note that pro se parties are held to the same standard as licensed attorneys and must comply with all applicable laws and rules of procedure. *See Jarvis v. Feild*, 327 S.W.3d 918, 925 (Tex. App.—Corpus Christi 2010, no pet.); *Nabelek v. Bradford*, 228 S.W.3d 715, 717 (Tex. App.—Houston [14th Dist.] 2006, pet. denied).

Appellant's fourth motion of extension of time is hereby GRANTED and appellant is ORDERED to file any motion for rehearing with this Court on or before Monday, March 4, 2019. No further extensions will be granted in this matter.

The Clerk of this Court is hereby ORDERED to serve a copy of this order on appellant by email and certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
1st day of March, 2019.